UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-34039 |
|---|---|
| AMY V GEARING | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | AMY V GEARING<br>85 ARLINGTON AVE<br>FRANKLIN, OH  45005 | 16.75 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service     04-34039

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

AMY V GEARING
85 ARLINGTON AVE
FRANKLIN, OH 45005

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH 45459

(24.1n)
EMERSON KECK
318 W FOURTH
DAYTON, OH 45402

(23.1n)
NATIONAL CAPITOL MANAGMENT
8245 TOURNAMENT DRIVE
SUITE 230
MEMPHIS, TN 38125

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     cs